IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEXA TECHNOLOGIES, INC., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:09-CV-0360-N |
| | § | |
| XASAX CORPORATION, | § | |
| Defendant. | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDE OF SAID COURT:

COMES NOW, ERIC D. FEIN, P.C. & ASSOCIATES, Attorney for Defendant Xasax Corporation, and requests permission to withdraw from representing Xasax Corporation, and would respectfully show the Court as follows:

1. This motion is based on good cause in that the client has taken certain actions that have caused the relationship between the attorney and the client to deteriorate to the extent that Eric D. Fein, P.C. & Associates can no longer effectively provide legal representation to Xasax Corporation. Pursuant to Local Rule 83.12 Counsel sets forth the following reasons for withdrawal: Xasax Corporation has not provided necessary information and documentation to effectively represent them in this action to date and certain financial obligations to Xasax Corporation's attorneys that have not been met to date.

2. The succeeding attorney of record for Defendant Xasax Corporation has not been determined at this point. Defendant Xasax Corporation can be reached through Daniel Nole, Chief Operating Officer, 111 Pavonia Street, Suite 705, Jersey City, NJ 07310. The phone number for Xasax Corporation is (888) 339-2729. Xasax Corporation has consented to this motion for withdrawal of attorney as evidenced by such signature.

WHEREFORE, ERIC D. FEIN, P.C. & ASSOCIATES, respectfully requests that the Court grant its Motion to Withdraw as Attorney of Record for Defendant Xasax Corporation, and grant such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

**ERIC D. FEIN, P.C. & ASSOCIATES**

/s/ Eric D. Fein
**Eric D. Fein**
State Bar No. 06879020
**Vickie S. Brandt**
State Bar No. 24031878
3500 Oak Lawn Avenue, Suite 510
Dallas, Texas 75219
Telephone: (214) 522-9596
Facsimile: (214) 522-9599

*ATTORNEY FOR DEFENDANT*

Approved by Xasax Corporation:

Noah Lieske
_____
By:
*[signature: Noah Lieske]*

2

## CERTIFICATE OF CONFERENCE

On the 8th day of December, 2009, counsel for Defendant conferred with counsel for the Plaintiff in the above referenced matter regarding the merits of this Motion. Plaintiff's counsel is not opposed

/s/ Eric D. Fein

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was forwarded via Certified Mail, Return Receipt Requested, First Class Mail, Facsimile, and/or Hand Delivery to the attorney for Plaintiff on this 10th day of December, 2009.

*Via Facsimile (214) 954-6850*
Jeffrey Robert Seckel
McGuire, Craddock & Strother, P.C.
500 N. Akard Street, Suite 3550
Dallas, Texas 75201

/s/ Eric D. Fein